**Order entered October 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00893-CV

### CIBIL KURIAKOSE VADACKANETH, Appellant

### V.

### SEENA ASARIYATHU SEBASTIAN, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-06642**

## ORDER

Before the Court are appellee's September 20, 2022 motion to rescind her request for oral argument and appellant's September 23, 2022 response. The Court will determine the necessity of oral argument at the time the appeal is set for submission and after its review of the briefs.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE